ORIGINALL

appl for writ.wpd

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

JEREMY J. CAMACHO )
                              )
            Plaintiff,        )
                              )
    vs.                       )
                              )
RYAN P. BLUME, NISSAN MOTORS  )
CORPORATION IN GUAM, a Guam   )
corporation, TOKIO MARINE AND )
NICHIDO FIRE INSURANCE CO., LTD., )
                              )
            Defendants.       )
_____)

CIVIL NO. 07-00005

APPLICATION BY UNITED
STATES OF AMERICA FOR
WRIT OF CERTIORARI ORDERING
THE RECORDS FROM THE
SUPERIOR COURT OF GUAM

Comes now LEONARDO M. RAPADAS, United States Attorney and MIKEL W. SCHWAB, Assistant United States Attorney for the Districts of Guam and NMI, and states that on March 20, 2007, this action was removed to this Court from the Superior Court of Guam, Territory of Guam because the defendant Ryan P. Blume, a federal employee, was acting in the scope of his employment. 28 U.S.C. § 2679(b)(1). The action was removed to this Court by the United States of America pursuant to the provisions of Title 28, United States Code, §§ 1441, 1442, 1444, 1446 and 2409a.

Since pleadings have been filed with the Superior Court of Guam, prior to the date of removal to this Court, it is necessary to have the entire record of proceedings of this action in the Superior Court of Guam, transmitted to this Court.

1     Accordingly, the United States of America prays that an order be issued directing

2   the Clerk of this Court to issue a Writ of Certiorari directed to the Clerk of the Superior Court of

3   Guam, directing that official to certify and transmit the entire record of the proceedings in the

4   Superior Court of Guam, to this Court and further to direct the Superior Court of Guam, to

5   proceed no further in this cause.

6     DATED: Hagatna, Guam, _22nd_ day of March 2007.

8     LEONARDO M. RAPADAS
      United States Attorney
9     Districts of Guam and NMI

11    BY:_____
      MIKEL W. SCHWAB
12    Assistant U.S. Attorney

- 2 -