# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the UNITED STATES OF AMERICA

**FILED**
DISTRICT COURT OF GUAM
MAR 22 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, ) | CIVIL NO. 07-00005 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| RYAN P. BLUME, NISSAN MOTORS ) | NOTICE OF SUBSTITUTION |
| CORPORATION IN GUAM, a Guam ) | |
| Corporation, TOKIO MARINE AND ) | |
| NICHIDO FIRE INSURANCE CO., LTD., ) | |
| ) | |
| Defendants. ) | |

The United States hereby moves this honorable Court to substitute the UNITED STATES
for the originally named Defendant, RYAN P BLUME. The originally named Defendant is an
employee of the United States Air Force and has been certified as acting within his scope of
employment at the time the accident occurred. Accordingly, the remedy for any injuries or
damages arising out of the accident is exclusively against the United States under the Federal

Tort Claims Act (FTCA). 28 U.S.C.A. § 2679(b)(1). Accordingly, the FTCA provides for the

substitution of the United States as a defendant. 28 U.S.C.A. § 2679 (d).

Therefore, the United States moves for substitution.

So moved this _22ND_ day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney