ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
APR -5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>RYAN P. BLUME, NISSAN MOTORS )<br>CORPORATION IN GUAM, a Guam )<br>corporation, TOKIO MARINE AND )<br>NICHIDO FIRE INSURANCE CO., LTD., )<br>)<br>Defendants. )<br>_____) | CIVIL CASE NO. 07-00005<br><br>WESTFALL CERTIFICATION<br>UNITED STATES ATTORNEY |

I, LEONARDO M. RAPADAS, hereby depose and state as follows:

1. I am the United States Attorney for the Districts of Guam and the NMI.

2. I was appointed by the President and began service on May 20, 2003.

3. I am the delegated authority for the Attorney General of the United States for matters in the districts of Guam and the NMI including the certification of federal employees who were acting within the scope of their employment at the time of an incident out of which a tort claim arises. 28 U.S.C. Sect. 2679(d)(1), (2).

4. The Westfall Act accords federal employees immunity from tort claims arising out of acts undertaken in the course of their official duties, 28 U.S.C. Sect 2679(b)(1).

5. Ryan P. Blume, defendant in a case filed by Jeremy J. Camacho, was acting within his scope of employment for the United States at the time of the accident.

6. The United States Air Force has requested certification.

7. I hereby certify that Ryan P. Blume was within his scope of employment for the United States such that the United States should be substituted as the defendant in the above entitled action.

So submitted this 5th day of 2007.

*[signature]*

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI