```
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the UNITED STATES OF AMERICA
```

## IN THE DISTRICT COURT OF GUAM
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO,<br><br>        Plaintiff,<br>  vs.<br><br>RYAN P. BLUME, NISSAN MOTORS CORPORATION IN GUAM, a Guam Corporation, TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.,<br><br>        Defendants. | CIVIL NO. 07-00005<br><br>O R D E R |

The Court having received the request by the United States to be substituted as a defendant in the above entitled case, HEREBY ORDERS that the United States is hereby substituted as a defendant in place of defendant Ryan P. Blume. The case title shall be <u>Jeremy J. Camacho v. United States of America, Nissan Motors Corporation in Guam, Tokio Marine and Nichido Fire Insurance Co., LTD</u>.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 09, 2007