LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

IN THE DISTRICT COURT OF GUAM

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> NISSAN MOTORS CORP. IN GUAM, ) <br> a Guam corporation, and TOKIO MARINE ) <br> AND NICHIDO FIRE INS. CO., LTD., ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. 07-00005 <br><br> ORDER DIRECTING CLERK TO <br> ISSUE WRIT OF CERTIORARI |

The application of the United States of America on behalf of defendant, Ryan P. Blume, for an order directing the Clerk of this Court to issue a Writ of Certiorari to the Clerk of the Superior Court of Guam, requiring the Clerk and Court to transmit to this Clerk and District Court the records of the Court in the above-entitled action having been filed and this Court having considered the application and all the matters in the premises, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Certiorari directed to the Clerk of the Superior Court of Guam and to the Judges thereof, commanding the Clerk of the Superior Court of Guam, to certify and transmit to this Court the record and proceedings in the above-entitled action, Superior Court Case CV1219-05, and to include therewith all pleadings, papers, orders, transcripts, and records therein.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of |
| 2 | Certiorari directed to the Clerk and the Judges of the Superior Court of Guam, commanding and |
| 3 | requiring them to proceed no further in the above-entitled case. |
| 4 | |
| 5 | DATED: Hagatna, Guam, 17th day of April 2007. |

DATED: Hagatna, Guam, 17th day of April 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**