| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 2 | MIKEL W. SCHWAB |
|   | Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500 |
|   | 108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910 |
|   | Tel: 671-472-7332 |
| 5 | Fax: 671-472-7215 |

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, | CIVIL CASE NO. 07-00005 |
| Plaintiff, | Superior Court No.: CV1219-05 |
| vs. | WRIT OF CERTIORARI TO THE SUPERIOR COURT OF GUAM, TERRITORY OF GUAM |
| UNITED STATES OF AMERICA, NISSAN MOTORS CORPORATION IN GUAM, a Guam Corporation, TOKIO MARINE and NICHIDO FIRE INSURANCE CO., LTD., | |
| Defendants. | |

TO: **The Judges and Clerk of the Superior Court of Guam, For The Territory of Guam**:

The action entitled *JEREMY J. CAMACHO v. RYAN P. BLUME, NISSAN MOTORS CORPORATION IN GUAM, a Guam Corporation, TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.*, case number CV 1219-05, was commenced in the Superior Court of Guam but was duly removed to this Court. Accordingly, you are hereby commanded to certify and transmit the record and proceedings in the said cause to the United States District Court for the District of Guam, within ten days of the date hereof, together with this Writ, that our said Court may cause to be further done thereupon what of right ought to be done.

1    We further command and require you to proceed no further in the above-entitled case.

3    DATED: Hagatna, Guam, April 19, 2007.

                        CLERK OF THE COURT
                        UNITED STATES DISTRICT COURT


                         /s/ Renee M. Martinez
                        By: Deputy Clerk