ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN -1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, NISSAN MOTORS CORPORATION IN GUAM, a Guam Corporation, TOKIO MARINE and NICHIDO FIRE INSURANCE CO. LTD., <br><br> Defendants. | CIVIL CASE NO. 07-00005 <br><br> DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS COMPLAINT AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES <br><br> [Fed.R.Civ.P. 12(b)(1)] |

Now Comes, the United States of America on behalf of its employee Ryan P. Blume and moves to withdraw its Motion to Dismiss Complaint and Incorporated

//
//
//
//

Memorandum of Points and Authorities. This motion of withdrawal is made after consultation with client agency and opposing counsel.

Respectfully submitted,

Dated: June 1, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MIKEL W. SCHWAB
Assistant U.S. Attorney
KRISTIN E. ST. PETER
Special Assistant U. S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, a copy of Defendant's Motion to Withdraw Motion to Dismiss Complaint and Incorporated Memorandum of Points and Authorities was served by personal service, on 1st day of June 2007, upon the following attorneys:

| Attorney for Plaintiff | Attorney for Nissan Motors Corporation and Tokio Marine and Nichido Fires Ins. |
|---|---|
| Jeffrey A. Cook, Esq.<br>Law Offices of Cunliffe & Cook<br>210 Archbishop F.C. Flores Street<br>Hagatna, Guam 96910 | Terence E. Timblin, Esq.<br>Law Offices of Maher, Yanza, Flynn Timblin LLP<br>115 Hesler Place<br>Ground Floor, Governor Joseph Flores Bldg.<br>Hagatna, Guam 96910 |

*(signature)*
FRANCES B. LEON GUERRERO
Legal Assistant