# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN - 4 2007 nba

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, | CIVIL CASE NO. 07-00005 |
| Plaintiff, | **DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO COMPLAINT** |
| vs. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

  The Defendant, UNITED STATES OF AMERICA ("USA"), severing itself from all other Defendants named herein, hereby answers the Complaint as first filed in the Superior Court of Guam, and later removed to the United States District Court for the District of Guam in the above-entitle action, as follows:

  1. Defendant USA DENIES the allegations contained in paragraph 1.

  2. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 2, and therefore DENIES the allegations.

3. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 3, and therefore DENIES the allegations.

4. Defendant USA ADMITS the allegations contained in paragraph 4.

5. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 5, and therefore DENIES the allegations.

6. Defendant USA ADMITS the allegations contained in paragraph 6.

7. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 7, and therefore DENIES the allegations.

8. Defendant USA DENIES the allegations contained in paragraph 8 (a), 8 (b), 8 (c) and 8 (d).

9. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 9, and therefore DENIES the allegations.

10. Defendant USA DENIES any negligence on the part of Ryan Blume, and is without knowledge or information sufficient to neither ADMIT nor DENY the remaining allegations contained in paragraph 10, and therefore DENIES the allegations.

11. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 11, and therefore DENIES the allegations.

12. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 12, and therefore DENIES the allegations.

13. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 13, and therefore DENIES the

allegations.

14. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 14, and therefore DENIES the allegations.

15. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 15, and therefore DENIES the allegations.

## SECOND CAUSE OF ACTION

16. Defendant USA reiterates its responses contained in paragraphs 1 through 15.

17. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 17, and therefore DENIES the allegations.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant USA upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff JEREMY J. CAMACHO was negligent and careless in and about the matters set forth in the Complaint and his lack of due care and caution caused or contributed to Plaintiff's alleged injuries and damages, and any damages recovered should be reduced accordingly.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages, and any injuries sustained by Plaintiff are the result of a pre-existing injury.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or should be reduced due to Plaintiff JEREMY J. CAMACHO's comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or should be reduced due to Plaintiff JEREMY J. CAMACHO's contributory negligence.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant USA reserves the right to assert such further affirmative defenses as may appear as discovery proceeds.

WHEREFORE, Defendant USA herein prays for relief as follows:

1. That Plaintiff takes nothing against Defendant USA by way of his Complaint;

2. That Plaintiff's Complaint be dismissed with prejudice against Defendant USA; and

3. For such other and further relief as the Court may deem just and proper.

DATED this 4th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____

MIKEL SCHWAB
Assistant U.S. Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney