ORIGINAL

```
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
```

FILED
DISTRICT COURT OF GUAM
JUN -4 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NISSAN MOTORS CORPORATION IN GUAM, a Guam corporation and TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.,<br><br>    Defendants. | CIVIL NO. 07-00005<br><br>CERTIFICATE OF SERVICE |

I, hereby certify that on 4ᵀᴴ day of June 2007, I caused to be served by personal service the following document: "Defendant United States of America's Answer to Complaint", in the above entitled cause to the following attorneys of record:

Attorney for Plaintiff

Jeff Cook
Law Offices of Cunliffe & Cook
210 Archbishop F.C. Flores Street
Suite 200
Hagatna, Guam 96910

Attorney for Nissan Motors Corp. In
   Guam and Tokio Marine and Nichido
   Fire Insurance Co., Ltd
Terence E. Timblin
Maher, Yanza, Flynn and Timblin LLP
115 Hesler Place, Ground Floor
Governor Flores Building
Hagatna, Guam 96910

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant