LAW OFFICES
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: *Plaintiff*

**FILED**
DISTRICT COURT OF GUAM
JUN - 8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, NISSAN ) <br> MOTORS CORPORATION IN GUAM, a ) <br> Guam corporation, and TOKIO MARINE ) <br> AND NICHIDO FIRE INSURANCE CO., ) <br> LTD., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. CV07-00005 <br><br> **STIPULATION FOR CONTINUANCE** |

**COMES NOW**, the parties hereto, by and through their respective counsel of record, and hereby stipulate and agree that the Scheduling Conference currently scheduled to be heard on June 20, 2007 at 9:00 a.m., be continued to June 27, 2007 at 9:00 a.m. This request is made as counsel for Plaintiff will be off-island on June 20, 2007.

The Court has advised counsel for Plaintiff that it is available for a Scheduling Conference on June 27, 2007 at 9:00 a.m.

**SO STIPULATED.**

DATED: June 7, 2007.
**CUNLIFFE & COOK**
*A Professional Corporation*
Attorneys for Plaintiff

By_____
JEFFREY A. COOK, ESQ.

DATED: _____.
**OFFICE OF THE**
**UNITED STATES ATTORNEY**
Attorneys for Defendant
United States of America

By_____
MIKEL W. SCHWAB
Assistant United States Attorney

ORIGINAL

**STIPULATION FOR CONTINUANCE**
Jeremy J. Camacho v. United States of America, Nissan Motors Corporation in Guam, a Guam corporation, and Tokio Marine and Nichido Fire Insurance Co., Ltd.
*Civil Case No. CV07-00005*                                                                 Page 2

DATED: __JUN 0 7 2007__.

**MAHER YANZA FLYNN TIMBLIN LLP**
Attorneys for Defendant
*Nissan Motors Corporation in Guam and Tokio Marine and Nichido Fire Marine Insurance Co., Ltd.*

By_____
TERENCE E. TIMBLIN, ESQ.