LAW OFFICES
CUNLIFFE & COOK
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU  96910
Telephone:  (671) 472-1824
Telecopier:  (671) 472-2422

Attorneys for:  *Plaintiff*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NISSAN MOTORS CORPORATION IN GUAM, a Guam corporation, and TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.,<br><br>　　　　　Defendants. | CIVIL CASE NO. 07-00005<br><br>**ORDER**<br>Continuing Scheduling Conference |

**GOOD CAUSE HAVING BEEN SHOWN,** and the Court being fully apprised in the particulars;

**IT IS HEREBY ORDERED** that the Scheduling Conference currently scheduled for June 20, 2007, be and is hereby continued to **June 27, 2007 at 9:00 a.m.**

**IT IS SO ORDERED.**



　　　　　　　　　　　　　　　　　　/s/ Joaquin V.E. Manibusan, Jr.
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　**Dated: Jun 11, 2007**