# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Civil Case No. 07-00005<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE　　　( ) PRELIMINARY PRETRIAL CONFERENCE
　　(June 27, 2007, at 9:05 a.m.)

( ) FINAL PRETRIAL CONFERENCE　( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Jeffrey A. Cook. Appearing on behalf of defendant United States of America was Special Assistant U.S. Attorney Kristin St. Peter. Terence Timblin appeared on behalf of defendants Nissan Motors Corp. in Guam and Tokio marine and Nichido Fire Insurance Co., Ltd.

　　Counsel advised Judge Manibusan that there was an issue as to whether the insurer and all other defendants should be dismissed as parties to this action once the Unite States has filed a Westfall certification. Ms. St. Peter stated that she was not prepared to agree to such a dismissal at this time but will conduct further research on the matter, and she hopes to have the issue resolved by the end of next week. Until such time, Judge Manibusan stated that the case would proceed with all parties who have appeared.

　　Judge Manibusan and counsel reviewed the proposed dates in the parties' submission

and made changes as appropriate. Thereafter, Judge Manibusan signed the proposed Scheduling Order and Discovery Plan with the changes noted thereon.

Counsel were optimistic that the case would settle. Judge Manibusan advised counsel that pursuant to Local Rule LR 16.6(a), the parties must sign a written stipulation agreeing to have Judge Manibusan, the assigned trial judge, preside over any settlement conference.

The conference concluded at 9:30 a.m.

Dated: June 27, 2007.

**Prepared by:** Judith P. Hattori
Law Clerk

- 2 -