Terence E. Timblin
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendants
NISSAN MOTORS CORPORATION IN GUAM
and TOKIO MARINE AND NICHIDO
FIRE INSURANCE CO, LTD.

FILED
DISTRICT COURT OF GUAM
JUL 05 2007
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NISSAN MOTORS CORPORATION IN GUAM, a Guam Corporation, TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.,<br><br>Defendants. | CIVIL CASE NO. 07-00005<br><br>STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANTS NISSAN MOTORS CORPORATION IN GUAM and TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD. |

COMES NOW Plaintiff, JEREMY J. CAMACHO ("CAMACHO"), through counsel, CUNLIFFE & COOK, by Jeffrey A. Cook, Esq., the Defendant UNITED STATES OF AMERICA ("USA"), through counsel, OFFICE OF THE UNITED STATES ATTORNEY, by Mikel W. Schwab, Assistant United States Attorney, and/or Kristin D. St. Peter, Special Assistant United States Attorney, and the Defendants NISSAN MOTORS CORPORATION IN GUAM ("NISSAN MOTORS") and TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD. ("TOKIO MARINE"), through counsel,

1

ORIGINAL

MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Terence E. Timblin, Esq., and hereby stipulate and agree that Plaintiff CAMACHO's claims as to Defendants NISSAN MOTORS and TOKIO MARINE shall be dismissed, pursuant to Rule 41(a)(1)(ii) of Federal Rules of Civil Procedure, the parties herein to bear their own costs.

Defendants NISSAN MOTORS and TOKIO MARINE shall remain in the case for the sole purpose of stipulating to a remand to the Superior Court of Guam, in the event that Plaintiff CAMACHO's claim should be dismissed solely on a jurisdictional or procedural basis. Should the matter be settled between Plaintiff CAMACHO and Defendant USA or a judgment be entered on the merits, this dismissal shall be final and with prejudice.

DATED: 6/28/07

CUNLIFFE & COOK
A Professional Corporation
Attorneys for Plaintiff JEREMY J. CAMACHO

By_____
JEFFREY A. COOK, ESQ.

DATED: 7/3/07

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY
DISTRICTS OF GUAM AND NMI
Attorney for Defendant
UNITED STATES OF AMERICA

By_____
KRISTIN D. ST. PETER, SPECIAL
ASSISTANT U.S. ATTORNEY

MIKEL W. SCHWAB, ASSISTANT
U.S. ATTORNEY

MAHER•YANZA • FLYNN • TIMBLIN, LLP
Attorney for Defendants NISSAN MOTORS CORPORATION IN GUAM and TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.

DATED: 6/28/07

By_____
TERENCE E. TIMBLIN, ESQ.