Terence E. Timblin
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendants
NISSAN MOTORS CORPORATION IN GUAM
and TOKIO MARINE AND NICHIDO
FIRE INSURANCE CO, LTD.

# DISTRICT COURT OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO | CIVIL CASE NO. 07-00005 |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, NISSAN MOTORS CORPORATION IN GUAM, a Guam Corporation, TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD., | Partially Dismissing Action as to Defendants Nissan Motors Corporation in Guam and Tokio Marine and Nichido Fire Insurance Co., Ltd. |
| Defendants. | |

Pursuant to the Stipulation for Partial Dismissal of Action as to Defendants NISSAN MOTORS CORPORATION IN GUAM ("NISSAN MOTORS") and TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD. ("TOKIO MARINE"), executed by the parties to this action and filed herein on July 5, 2007;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1

1. That a partial dismissal of the above-entitled action is hereby entered as to Defendants NISSAN MOTORS and TOKIO MARINE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto to bear their own costs;

2. In the event that Plaintiff CAMACHO's claim is dismissed solely on a jurisdictional or procedural basis; that Defendants NISSAN MOTORS and TOKIO MARINE shall stipulate to a remand of this action to the Superior Court of Guam; and

3. That should this matter be settled between Plaintiff CAMACHO and Defendant USA, or a judgment be entered on the merits, this partial dismissal shall be final and with prejudice as to Defendants NISSAN MOTORS and TOKIO MARINE.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 06, 2007