# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**JEREMY J. CAMACHO**
V.
**RYAN P. BLUME, et al.,**

**NOTICE**

CASE NUMBER: CV-**07-00005**

TYPE OF CASE:

    X  **CIVIL**     ☐  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRELIMINARY PRETRIAL CONFERENCE**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>3rd Floor,<br>U.S. COURTHOUSE<br>520 W. Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 15, 2008 at 10:00 a.m. | CONTINUED TO DATE AND TIME<br><br>April 29, 2008 at 10:30 a.m. |
|---|---|---|

JEANNE G. QUINATA
CLERK OF COURT

| April 14, 2008 | Walter M. Tenorio |
|---|---|
| DATE | (BY) DEPUTY CLERK |

| JEFFREY A. COOK | MIKEL W. SCHWAB | LOUIE J. YANZA |
| Cunliffe and Cook, P.C. | U.S. Attorney's Office | Maher Yanza Flynn Timblin, LLP |
| Suite 200, | Suite 500, Sirena Plaza | 115 Hesler Place |
| 210 Archbishop F.C. Flores Street | 108 Hernan Cortez Avenue | Ground Floor, Governor Joseph Flores Bldg. |
| Hagatna, GU 96910 | Hagatna, Guam 96910 | Hagatna, Guam 96910 |