1    LEONARDO M. RAPADAS

2    United States Attorney
     MIKEL W. SCHWAB
3    Assistant U.S. Attorney
     PATRICIA A. GRUEN
4    Special Assistant U.S. Attorney
     Suite 500, Sirena Plaza
5    108 Hernan Cortez Ave.
     Hagåtña, Guam 96910
6    TEL: (671) 472-7332
     FAX: (671) 472-7215

7
     Attorneys for the United States of America
8

                    DISTRICT COURT OF GUAM
9
                    TERRITORY OF GUAM
10

11   JEREMY J. CAMACHO,              )      CIVIL CASE NO.  07-00005
                                     )
12            Plaintiff,             )
                                     )
13            v.                     )      **STIPULATION TO CONTINUE**
                                     )      **PRETRIAL CONFERENCE**
14   UNITED STATES OF AMERICA,       )
                                     )
15            Defendant.             )
                                     )
     _____)
16

            COMES NOW, the parties, by and through their undersigned counsel, and hereby move
17
     that the Court grant their request to continue the Pretrial Conference scheduled for Tuesday,
18
     April 29, 2008 at 10:30 a.m. to a later date of the Court's choice.  The parties are pending
19
     settlement at this time.
20
            WHEREFORE, the parties respectfully request this Court to enter an Order continuing
21
     the Pretrial Conference.
22
     //
23
     //
24

                                                              ORIGINAL

SO STIPULATED AND AGREED: April 18th '2008, at Hagatna, Guam.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
MIKEL W. SCHWAB
Assistant U.S. Attorney
PATRICIA A. GRUEN
Special Assistant U.S. Attorney
Attorney for Defendant United States of America

SO STIPULATED AND AGREED: April 29th '2008, at Hagatna, Guam.

CUNLIFFE & COOK, P.C.

_____
JEFFREY A. COOK
Attorney for Plaintiff