| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 2 | MIKEL W. SCHWAB |
|   | Assistant U.S. Attorney |
| 3 | PATRICIA A. GRUEN |
|   | Special Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza |
|   | 108 Hernan Cortez Ave. |
| 5 | Hagåtña, Guam 96910 |
|   | TEL: (671) 472-7332 |
| 6 | FAX: (671) 472-7215 |

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| JEREMY J. CAMACHO, | ) | CIVIL CASE NO. 07-00005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | Continuing Pretrial Conferences |
| UNITED STATES OF AMERICA, | ) | and Trial Date |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon stipulation of the parties indicating that this matter will likely be settled, the court hereby continues the preliminary pretrial conference, currently scheduled on April 29, 2008, to May 29, 2008, at 10:30 a.m. The court vacates the trial currently scheduled for May 6, 2008, and all other associated pretrial dates and deadlines. These matters will later be re-scheduled, if necessary.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 28, 2008**