LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
PATRICIA A. GRUEN
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 30 2008 P.D.
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, | CIVIL CASE NO.: 07-00005 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE REGARDING STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on April 30, 2008, I caused to be served via personal service a copy of the Stipulation to Continue Pretrial Conference to the following counsel(s) of record:

**Jeffrey A. Cook, Esq.
CUNLIFFE AND COOK, P.C.
210 Archbishop F.C. Flores Street, Suite 200
Hagåtña, GU 96910**

_____
JULIA L. HUNT
Legal Assistant