LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 28 2008 p̂ᵈ·
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, | CIVIL CASE NO. 07-00005 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES NOW, the parties, by and through their undersigned counsel, and hereby move that the Court grant their request to continue the Pretrial Conference scheduled for Thursday, May 29, 2008 at 10:30 a.m. to a later date of the Court's choice. The parties are still pending settlement at this time.

WHEREFORE, the parties respectfully request this Court to enter an Order continuing the Pretrial Conference.

//

//

ORIGINAL

SO STIPULATED AND AGREED: May 27 2008, at Hagatna, Guam.

            LEONARDO M. RAPADAS
            United States Attorney
            Districts of Guam and NMI

*/s/ Jessica F. Cruz*

JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Attorney for Defendant United States of America

SO STIPULATED AND AGREED: May 27 2008, at Hagatna, Guam.

            CUNLIFFE & COOK, P.C.

*/s/ Jeffrey A. Cook*

JEFFREY A. COOK
Attorney for Plaintiff