# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Case No. 07-00005<br><br>**ORDER**<br>Continuing Pretrial Conference |

Upon stipulation of the parties indicating that this matter will likely be settled, the court hereby continues the preliminary pretrial conference, currently scheduled on Thursday, May 29, 2008, to June 26, 2008, at 10:30 a.m.

**IT IS SO ORDERED.**

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 28, 2008**