LEONARDO M. RAPADAS

United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
PATRICIA A. GRUEN
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
**DISTRICT COURT OF GUAM**

JUN 16 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO.: 07-00005<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW, the Plaintiff, JEREMY J. CAMACHO, and the Defendant, UNITED STATES OF AMERICA, by and through their undersigned attorneys, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, do hereby stipulate and agree to move this Court to dismiss the above action with prejudice. The parties have agreed upon settlement.

SO STIPULATED AND AGREED, this 15th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MIKEL M. SCHWAB
Assistant U.S. Attorney
PATRICIA A. GRUEN
Special Assistant U.S. Attorney
Attorneys for the United States

//

ORIGINAL

SO STIPULATED AND AGREED, this __14__ day of April, 2008.

CUNLIFFE & COOK, P.C.

JEFFREY A. COOK
Attorney for Jeremy J. Camacho