LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
PATRICIA A. GRUEN
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO.: 07-00005 <br><br> **CERTIFICATE OF SERVICE REGARDING STIPULATION TO DISMISS WITH PREJUDICE** |

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on June 16, 2008, I caused to be served via personal service a copy of the Stipulation to Dismiss With Prejudice to the following counsel(s) of record:

Jeffrey A. Cook, Esq.
**CUNLIFFE AND COOK, P.C.**
210 Archbishop F.C. Flores Street, Suite 200
Hagåtña, GU 96910

_/s/ Julia L. Hunt_
JULIA L. HUNT
Legal Assistant

**ORIGINAL**