# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JEREMY J. CAMACHO, | Civil Case No. 07-00005 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Judgment is hereby entered in accordance with the Stipulation to Dismiss with Prejudice filed on June 16, 2008.

Dated this 16th day of June, 2008, Hagatna, Guam.

                                                    **/s/ Jeanne G. Quinata**
                                                          Clerk of Court